# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APRIL M. RANKINS, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-0811 |
| v. | : | (JUDGE MANNION) |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |
| | : | |

## O R D E R

In accordance with the memorandum issued this same day in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** the objections of the Commissioner, (Doc. 21), are **OVERRULED**;

**(2)** the report of Judge Cohn, (Doc. 20), is **ADOPTED**;

**(3)** the decision of the Commissioner is **VACATED**;

**(4)** the instant action is **REMANDED** to the Commissioner for further proceedings consistent with the report of Judge Cohn; and

**(5)** the Clerk of Court shall **MARK THIS CASE CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 29, 2016**